[No. 50059-7-I.   Division One.   March 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GERMAN DIAZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 01-1-06979-5, Bruce W. Hilyer, J., entered January 29, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50315-4-I.   Division One.   March 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TRENTON J. GARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-09609-3, Ann Schindler, J., entered March 19, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 50355-3-I.   Division One.   March 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW PREUETT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01903-6, George N. Bowden, J., entered April 8, 2002. *Affirmed* by unpublished per curiam opinion. Now published at 116 Wn. App. 746.

[No. 50516-5-I.   Division One.   March 10, 2003.]

THE STATE OF WASHINGTON, *Appellant*, v. MUHAMAD APPADOLO, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-8-01118-9, Mariane Spearman, J. Pro Tem., entered May 16, 2002. *Reversed* by unpublished per curiam opinion.